# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136641

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 136641
                            COA: 274264

ROBERT ESTER POWELL, III,
      Defendant-Appellant.
                            Washtenaw CC: 06-000479-FH

_____/

On order of the Court, the application for leave to appeal the April 17, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008                         _____
                                              Clerk

p0915